# United States District Court

FOR THE __DISTRICT OF__ __PUERTO RICO__

UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

v.

**JOSE MURATI-SEPULVEDA,
aka "Chiqui"**

CRIMINAL NO: 07-__75 (CCC)__

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **JOSE MURATI-SEPULVEDA, aka "Chiqui"**

and bring him or her forthwith to the nearest magistrate to answer a(n)

__X__ Indictment  __ Information  __ Complaint  __ Order of court  __ Violation Notice  __ Probation Violation Petition

charging him or her with (brief description of offense)

the defendant herein, knowingly and willfully conspired with others to defraud an agency of the United States in any manner and any purpose, to wit, defendants agreed to impair, obstruct, and defeat the lawful function of the Federal Food and Drug Administration by interfering with its lawful function of regulating the interstate distribution of drugs; and to that effect at least one of the defendants mentioned above did an act to effect the object of the conspiracy, in violation of Title 18, United States Code, Sections 371, 1343, 1349, 982 and Title 21, United States Code, Sections 331(d) and 333(a)(2)

_Bruce J. McGiverin_
Name of Issuing Officer

_U.S. Magistrate Judge_
Title of Issuing Officer

[Signature]
Signature of Issuing Officer

_2/28/07  San Juan, PR_
Date and Location

Bail fixed at $ __50,000__ by __Hon. Bruce Mc Givern (US Magistrate Judge)__
Name of Judicial Officer

_50% surety_

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| Date Received<br>2/28/2007<br>Date of Arrest<br>3/1/2007 | Name and Title of Arresting Officer<br>Ricardo Rodrigo<br>Special Agent<br>FDA-OCI | Signature of Arresting Officer<br>[Signature] Ricardo Rodrigo |

AO 442 (Rev. 12/85) Warrant for Arrest